943 A.2d 1243

**ATTORNEY GRIEVANCE COMMISSION OF MARYLAND, Petitioner**

v.

**Phyllis J. OUTLAW, Respondent.**

**Misc. AG No. 72, Sept. Term, 2007.**

Court of Appeals of Maryland.

March 11, 2008.

## ORDER

This matter came before the Court on the Joint Petition of the Attorney Grievance Commission of Maryland and Respondent, Phyllis J. Outlaw, Esquire, to suspend the Respondent from the practice of law for sixty (60) days.

The Court having considered this Petition, it is this 11th day of March, 2008,

ORDERED, that Respondent, Phyllis J. Outlaw, be, and she is hereby suspended from the practice of law for sixty (60) days in the State of Maryland, effective retroactively to April 1, 2007.